**United States Bankruptcy Court for the
Southern District of Ohio, Eastern Division
Columbus Divisional Office**

IN RE:

Case No. 07-53966

Harold J. & Patricia L. McEowen

                Debtor(s)                /

**SECOND MOTION FOR RELEASE OF UNCLAIMED FUNDS**

**IT APPEARING THAT** a dividend check in the amount of $1,759.79 was issued by the trustee to Haines Publishing, creditor in the above-referenced case.

**IT ALSO APPEARING THAT** said check was not negotiated by said payee and the trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, U.S. Bankruptcy Court. The United States Treasury is currently holding these funds.

**CREDITOR'S** current address, phone number and social security number are:

> Haines Publishing, Inc.
> Deborah A. McGowen - Controller
> 8050 Freedom Ave. NW
> North Canton, OH 44720
> 330-494-9111
> Last Four Digits of SSN or Tax ID: 7298

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was mailed to Haines Publishing at 7099 Huntley Rd #105A, Columbus, OH 43229. That address is no longer valid. The change of address may have prevented delivery of the original dividend check. Exhibit A is evidence that Haines Publishing, Inc. previously used that address.

**IF APPLICANT IS A FUNDS LOCATOR,** this application includes a Power of Attorney authorizing the undersigned, Dilks & Knopik, LLC, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds. This application includes an Affidavit of the undersigned that he/she has made all reasonable efforts to believe that the person or entity claiming right to these funds is the legal owner of such funds. The U.S. Attorney for the Southern District of Ohio has been provided a copy of this application allowing 21 days from the date of service to file an objection to payment of the unclaimed funds.

Dilks & Knopik, LLC, attorney-in-fact for Haines Publishing, Inc., creditor, hereby petitions the Court for $1,759.79, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to creditor.

**THEREFORE**, an application is made for an order directing the Clerk of Court to pay said unclaimed funds to the order of <u>Haines Publishing, Inc. c/o Dilks & Knopik, LLC</u>, applicant (or Attorney in Fact if application by funds locator), and mail said check to the following address: <u>P.O. Box 2728, Issaquah, WA 98027.</u>

                Respectfully Submitted:

Dated: December 17, 2010

                <u>/s/ Brian J. Dilks</u>
                Managing Member
                Dilks & Knopik, LLC
                PO Box 2728
                Issaquah, WA 98027
                Brian.dilks@dilksknopik.com


                *Attached is a copy of Brian J. Dilks' Photo Identification.

# AFFIDAVIT OF FUNDS LOCATOR

I, <u>Brian J. Dilks</u>, have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that Haines Publishing, Inc. is legally entitled to the unclaimed funds referenced in this application.

Dated December 17, 2010

<u>/s/ Brian J. Dilks</u>
Managing Member
Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027
Brian.dilks@dilksknopik.com

# United States Bankruptcy Court for the
# Southern District of Ohio, Eastern Division
# Columbus Divisional Office

IN RE:

Case No. 07-53966

Harold J. & Patricia L. McEowen

Debtor(s) /

## CERTIFICATE OF SERVICE OF APPLICATION

Notice is hereby given that on <u>December 17, 2010</u> a <u>copy</u> of the Application for Release of Unclaimed Funds with Affidavits was served on the following via U.S. Mail:

| | |
|---|---|
| U.S. Attorney's Office<br>Southern District of Ohio<br>303 Marconi Boulevard – Suite 200<br>Columbus, OH 43215 | Office of the US Trustee<br>170 N. High Street, Suite 200<br>Columbus, OH 43215 |

Harold J. & Patricia L. McEowen
Debtor
1302 Clement Dr
Columbus, OH 43085

Larry J. McClatchey
Case Trustee
Served electronically though the court's ECF System at the email address registered with the Court

John F. Cannizzaro
Debtor Attorney
Served electronically though the court's ECF System at the email address registered with the Court

**Unless a response is filed to this Application within twenty-one (21) days of service hereof an Order will be submitted to the Court granting this Application for Release of Unclaimed Funds**.

Dated: December 17, 2010 　　　　　 /s/ Brian J. Dilks

　　　　　　　　　　　　　　　　　　 Managing Member
　　　　　　　　　　　　　　　　　　 Dilks & Knopik, LLC
　　　　　　　　　　　　　　　　　　 PO Box 2728
　　　　　　　　　　　　　　　　　　 Issaquah, WA 98027
　　　　　　　　　　　　　　　　　　 Brian.dilks@dilksknopik.com

# United States Bankruptcy Court for the
## Southern District of Ohio, Eastern Division
## Columbus Divisional Office

IN RE:

                                                  Case No. 07-53966

    Harold J. & Patricia L. McEowen

               Debtor(s)          /

## NOTICE OF MOTION/OBJECTION

Dilks & Knopik, LLC has filed papers with the court to obtain the release of unclaimed funds owing to **Haines Publishing, Inc.**.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion**, you must file with the court a response explaining your position by mailing your response by regular US Mail to U.S. Bankruptcy Court, 170 North High Street, Columbus, OH 43215 OR your attorney must file a response using the court's ECF system.

Dated: December 17, 2010

                                                  /s/ Brian J. Dilks
                                                  Managing Member
                                                  Dilks & Knopik, LLC
                                                  PO Box 2728
                                                  Issaquah, WA 98027
                                                  **Brian.dilks@dilksknopik.com**



# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

RE: Harold J. & Patricia L. McEowen )   Case: 07-53966
)
)   **AUTHORITY TO ACT**
)   **Limited Power of Attorney**
)   **Limited to one Transaction**
Debtor(s) )

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Haines Publishing, Inc.** with a tax identification number of **XX-XXX7248**, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,759.79** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____         November 15, 2010
Deborah A. McGowan - Controller         Date

**Haines & Company, Inc.**
Deborah A. McGowan, CPA

Executive Offices
8050 Freedom Ave. N.W.
North Canton, OH
44720
330/494-9111 x596
330/494-2697 Fax
dmcgowan@haines.com

Affix Corporate Seal Below
Or if Corporate Seal Unavailable Sign Affidavit Below:

*AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE*
BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the corporate seal for **Haines Publishing, Inc.** is presently unavailable to the undersigned
BY: Deloris Ball, Sec-Treas
Signature and title

## ACKNOWLEDGMENT

STATE OF Ohio )
COUNTY OF Stark )

On this 15TH day of November, 2010, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) DELORIS BALL known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

NOTARY PUBLIC Bonitta B. Kittoe
Residing at North Canton, Ohio
My Commission expires February 2, 2015

BONITTA B. KITTOE
Notary Public
In and for the State of Ohio
My Commission Expires
February 2, 2015